Form CGFCRD5   (9/19/08)

# United States Bankruptcy Court
## Southern District of Florida
www.flsb.uscourts.gov

**Case Number:** 09–21481–AJC         **Adversary Number:** 09–01762–AJC

In re:
**Name of Debtor(s):** Fontainebleau Las Vegas Holdings, LLC

_____/

**Turnberry West Construction, Inc.**
Plaintiff(s)

**VS.**

**Bank of America, N.A., 1888 Fund, Ltd, Aberdeen Loan Funding, Ltd., Armstrong Loan Funding, Ltd., Artus Loan Fund 2007–I Ltd., Avenue CLO Fund, Ltd., Avenue CLO II, Ltd., Avenue CLO III, Ltd., Avenue CLO IV, Ltd., Avenue CLO V, Ltd., Avenue CLO VI, Ltd., Babson CLO Ltd. 2004–I, Babson CLO Ltd. 2004–II, Babson CLO Ltd. 2005–I, Babson CLO Ltd. 2005–II, Babson CLO Ltd. 2005–III, Babson CLO Ltd. 2006–I, Babson CLO Ltd. 2007–I, Babson CLO Ltd. 2006–II, Babson Loan Opportunity CLO, Ltd., Battalion CLO 2007–I Ltd., Brentwood CLO, Ltd., Brigade Leveraged Capital Structures Fund, Ltd., Canyon Capital Advisors, LLC, Carlyle High Yield Partners 2008–I, Ltd., Carlyle High Yield Partners IX, Ltd., Carlyle High Yield Partners V, Ltd., Carlyle High Yield Partners VI, Ltd., Carlyle High Yield Partners VII, Ltd., Carlyle High Yield Partners VIII, Ltd., Carlyle Loan Investment, Ltd., Caspian Capital Partners, LP, Caspian Corporate Loan Fund, LLC, Caspian Select Credit Master Fund, Ltd., Cent CDO 10 Limited, Cent CDO 12 Limited, Cent CDO 14 Limited, Cent CDO 15 Limited, Cent CDO XI Limited, Centurion CDO 8, Limited, Centurion CDO 9, Ltd., Centurion CDO VI, Ltd., Centurion CDO VII, Ltd., Copper River CLO Ltd, Duane Street CLO I, Ltd., Duane Street CLO II, Ltd., Duane Street CLO III, Ltd., Duane Street CLO IV, Ltd., Duane Street CLO V, Ltd., Eastland CLO, Ltd., Emerald Orchard Limited, Encore Fund LP, Fortissimo Fund, Genesis CLO 2007–I Ltd., Gleneagles CLO Ltd., Grayson CLO, Ltd., Green Lane CLO, Ltd., Greenbriar CLO, Ltd., Halcyon Loan Investors CLO I Ltd., Halcyon Loan Investors CLO II Ltd., Halcyon Structured Asset Management European CLO 2008–II B.V., Halcyon Structured Asset Management Long Secured/Short Unsecured CLO 2006–I Ltd., Halcyon Structured Asset Managment Long Secured/Short Unsecured 2007–2 Ltd., Halcyon Structured Asset Management Long Secured/Short Unsecured 2007–3 Ltd., Halcyon Structured Asset Management Long Secured/Short Unsecured 2007–I Ltd., Halcyon Structures Asset Management CLO I Ltd., Highland Credit Opportunities CDO, Ltd., Highland Loan Funding V, Ltd., Highland Offshore Partners, LP, ING International (II)–Senior Bank Loans Euro., ING International (II)–Senior Bank Loans USD, ING Investment Management CLO I, Ltd, ING Investment Management CLO III, Ltd., ING Investment Management CLO IV, Ltd., ING Investment Manangement CLO V, Ltd., ING Pime Rate Trust, ING Senior Income Fund, Investment Management CLO II, Ltd., Jasper CLO, Ltd., Jay Street Market Value CLO I, Ltd., Jeffries Finance CP Funding LLC, Jfin CLO 2007 Ltd., Kennecott Funding Ltd., LFC2 Loan Funding LLC, Liberty Clo, Ltd., Loan Funding IV LLC, Loan Funding VII, LLC, Loan Star State Trust, Longhorn Credit Funding, LLC, Mariner LDC, Mariner Opportunities Fund LP, Nuveen Floating Rate Income Fund, Nuveen Floating Rate Income Opportunity Fund, Nuveen Senior Income Fund, NZC Opportunities (Funding) II Limited, Orpheus Funding LLC, Orpheus Holdings LLC, Red River CLO, Ltd., Riva Ridge Master Fund, Ltd., Rockwall CDO II, Ltd., Rockwall CDO Ltd., Sands Point Funding Ltd., Saphire Valley CDO I, Ltd., Southfork CLO, Ltd., Stratford CLO, Ltd., Symphony CLO I, Ltd., Symphony CLO II, Ltd., Symphony CLO III, Ltd., Symphony CLO IV, Ltd., Symphony CLO V, Ltd., Symphony Credit Opportunity Fund, Ltd., Veer Cash Flow CLO, Limited, Venture CDO 2002, Limited, Venture II CDO 2002, Limited, Venture III CDO Limited, Venture IV CDO Limited, Venture IX CDO Limited, Venture V CDO Limited, Venture VIII CDO Limited, Vista Leveraged Income Fund, Westchester CLO, Ltd., Bank of Scotland, Barclays Bank PLC, Camulos Master Fund LP, Deutsche Bank Trust Company Americas, HSN Nordbank AG, JPMorgan Chase Bank NA, MB Financial Bank NA, Merrill Lynch Capital Corporation, Sumitomo Mitsui Banking**

Corporation, The Royal Bank of Scotland PLC, Allegiant Asset Management C, Ares Management LP, Bank of America LLC, Barclays Capital, Inc., BlackRock Financial Management, Inc., Brigade Capital Management LLC, Credit Suisse Asset Management Americas (NY), Denver Investment Advisors LLC, Deutsche Asset Management (NYC), DiMaio Ahmad Capital LLC, Eaton Vance Management Inc., FAF Advisors Inc., Federated Investors, Inc., Fidelity Management & Research Co., Franklin Templeton Investments, Goldman Sachs Asset Management LP (USA), Goldman Sachs Global Special Situations Group, ING Investment Management (Atlanta), INVESCO Inc. (New York), JPMorgan High Yield Partners, Logan Circle Partners LP, MFC Global Investment Management (US) LLC, MFS Investment Management, New York Life Investment Management LLC, Newberger Berman Management LLC, Western Asset Management Co., Thrivent Financial for Lutherans, Tattersall Advisory Group Inc. (Philadelphia), State Street Global Advisors, Serengeti Asset Management, LP, Satellite Asset Management, RiverSource Investments LLC, Richard Wenz, Regiment Capital Advisors LLC, Prudential Investment Management-Fixed Income, PPM America Inc, Pioneer Investment Management, Inc., Nomura Corporate Research & Asset Management, Carlyle High Yield Partners X, Ltd., Venture VI CDO Limited and Venture VII CDO Limited
Defendant(s)
_____/

# NOTICE OF HEARING

**NOTICE IS HEREBY GIVEN** that a hearing will be held on **July 30, 2009** at **03:00 PM,** at the following location:

**Claude Pepper Federal Bldg
51 SW First Ave Room 1410
Miami FL 33130**

to consider the following:

**Motion to Intervene Re: 1 Complaint, 7 Amended Complaint in Adversary Proceeding Filed by Creditors Warner Enterprises, Inc., Safe Electronics, Inc, Powell Cabinet and Fixture Co., Austin General Contracting, Inc., Absocold Corporation, Bombard Electric, LLC, Bombard Mechanical, LLC, Desert Fire Protection Co.**

**THE MOVANT, (OR MOVANT'S COUNSEL if represented by an attorney) SHALL SERVE A COPY OF THIS NOTICE OF HEARING** and, unless previously served, the above-described pleading on all required parties within the time frames required by the Bankruptcy Rules, Local Rules, or orders of the Court, and shall file a certificate of service as required under Local Rules 2002-1(F) and 9073-1(B). Any party who fails to properly serve any pleadings or other paper may be denied the opportunity to be heard thereon. All moving or objecting parties shall bring to the hearing proposed orders, sustaining their respective positions.

**PLEASE NOTE:** Photo identification is required to gain entrance to all federal courthouse facilities. Electronic devices, including but not limited to cameras, cellular phones (including those with cameras), pagers, personal data assistants (PDA), laptop computers, radios, tape-recorders, etc., **are not permitted** in the courtroom, chambers or other environs of this court. These restrictions **(except for cameras not integrated into a cell phone device)** do not apply to attorneys with a valid Florida Bar identification card, attorneys who have been authorized to appear by pro hac vice order and witnesses subpoenaed to appear in a specific case. An attorney seeking entry to the Ft. Lauderdale courthouse facilities must also be admitted to practice in the Southern District of Florida or be authorized to appear by pro hac vice order. **No one is permitted to bring a camera or other prohibited electronic device into a federal courthouse facility except with a written order signed by a judge and verified by the United States Marshal's Service. See Local Rule 5072-2.**

**Dated: 7/28/09**                                              CLERK OF COURT
                                                                By: Susan Gutierrez
                                                                Deputy Clerk