UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
www.fls.uscourts.gov

In re:

FONTAINEBLEAU LAS VEGAS    Case No. 09-21481-BKC-AJC
HOLDINGS, LLC, *et al.*,    Chapter 11
                            (Jointly Administered)
    Debtors.
_____/

TURNBERRY WEST CONSTRUCTION, INC.,

    Plaintiff,

    v.    Adv. Pro. No: 09-01762-AJC-A

AVENUE FUND, LTD.; *et al.*,

    Defendants.
_____/

**BANK OF AMERICA, N.A.'S
NOTICE OF SERVICE OF RESPONSE TO
FIRST REQUEST FOR PRODUCTION OF DOCUMENTS
<u>SERVED BY TURNBERRY WEST CONSTRUCTION, INC.</u>**

Bank of America, N.A. ("Bank of America"), through the undersigned, hereby gives notice of service of its Response to the First Request for Production of Documents (the "Requests") served upon Bank of America by Turnberry West Construction, Inc. (the "Plaintiff") on August 7, 2009[1].

---

[1] On August 25, 2009, counsel for the Plaintiff agreed to an extension of the initial deadline to respond to the Requests through and including September 22, 2009.

On September 22, 2009, Bank of America served its Response to the Requests by Electronic Mail and Hand-Delivery on counsel for the Plaintiff.

Dated:  Miami, Florida
         September 22, 2009.

By:____/s/ Craig V. Rasile_____
Craig V. Rasile
Florida Bar No. 613691
Kevin M. Eckhardt, Esq.
Florida Bar No. 412902
**HUNTON & WILLIAMS LLP**
1111 Brickell Avenue
Suite 2500
Miami, FL 33131
Tel: (305) 810-2500
Fax: (305) 810-2460

*Counsel for Bank of America, N.A.*

CASE NO. 09-01762-AJC

## CERTIFICATE OF SERVICE AND COMPLIANCE

I HEREBY CERTIFY that I am admitted to the Bar of the U.S. District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court as set forth in Local Rule 2090-1(A); and that on **September 22, 2009**, I served the foregoing upon counsel for the Plaintiff, James D. Gassenheimer, Berger Singerman, 200 South Biscayne Boulevard, 10th Floor, Miami, Florida 33131 via U.S. Mail and electronic mail.

Dated:  Miami, FL
September 22, 2009.

       /s/ Craig V. Rasile
Craig V. Rasile

46124.000911 EMF_US 28511967v1