

**ORDERED in the Southern District of Florida on February 26, 2010.**

_____
A. Jay Cristol, Judge
United States Bankruptcy Court

_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
www.flsb.uscourts.gov

*In re:*

| | |
|---|---|
| **FONTAINEBLEAU LAS VEGAS HOLDINGS, LLC, et al.,** | Case No. 09-21481-BKC-AJC
Chapter 11
(Jointly Administered) |
|      Debtors.                          / | |
| **WILMINGTON TRUST FSB,** as administrative agent, | |
| Plaintiffs, | |
| vs. | Adv. Proc. No. 09-02480-BKC-AJC-A |
| **A1 CONCRETE CUTTING & DEMOLITION, LLC., et al.** | |
|      Defendants.                          / | |

**ORDER GRANTING IN PART AND DENYING IN PART CONTRACTOR
CLAIMANTS' MOTION TO CONSOLIDATE ADVERSARY PROCEEDINGS**

THIS MATTER came before the Court on January 15, 2010 at 2:00 p.m. upon the Expedited Motion of Desert Fire Protection, a Nevada Limited Partnership, Bombard Mechanical, LLC, Bombard Electric, LLC, Warner Enterprises, Inc. d/b/a Sun Valley Electric Supply Co., Absocold Corporation d/b/a Econ Appliance, Austin General Contracting, Powell Cabinet and Fixture Co., Safe Electronics, Inc, SAMFET, and Union Erectors, LLC (the "Contractors Claimants"), pursuant to Rule 7016 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), to consolidate this adversary proceeding with three pending adversary proceedings related to the validity, priority, and extent of liens related to the Debtors' real property (the "Motion"). (D.E. 66). The Court has jurisdiction over the matters raised in the Motion pursuant to 28 U.S.C. §§ 157 and 1334.  This is a core proceeding pursuant to 28 U.S.C. § 157(b)(2)(K). The Court has considered the Motion and DENIES without prejudice that portion of the Motion that seeks to consolidate the above-captioned adversary proceeding with the adversary proceedings identified below. The Court, however, GRANTS the Motion with regard to the three adversary proceedings identified below and finds that such consolidation will promote judicial economy and will allow the parties to avoid unnecessary costs, delays, and possible inconsistent results. Accordingly, the Court **ORDERS and ADJUDGES** that:

1. The Motion is granted in part as herein set forth.

2. The following adversary proceedings and contested matters are consolidated for all purposes:

   a. *Desert Fire Protection Co. et al v. Bank of America, N.A., et al.,* United States Bankruptcy Court, Southern District of Florida, Miami Division, Adversary Proceeding No. 09-02179;

   b. *Zetian Systems, Inc., et al., v. Bank of America, N.A., et al.,* United States Bankruptcy Court, Southern District of Florida, Miami Division, Adversary Proceeding No. 09-02187;

2

      c.    *Turnberry West Construction, Inc. et al v. Bank of America, N.A., et al.,* United States Bankruptcy Court, Southern District of Florida, Miami Division, Adversary Proceeding No. 09-01762; and

      d.    each contested matter that may be designated by separate Order of this Court to be included in these consolidated proceedings.

(collectively, the "Consolidated Proceedings").

    3.    The Consolidated Proceedings shall bear the case style *Turnberry West Construction, Inc. et al v. Bank of America, N.A., et al.,* Adversary Proceeding No. 09-01762-AJC (the "TWC Case"), and all pleadings related to the Consolidated Proceedings will be filed in the TWC case.

    4.    This Order shall be without prejudice to the Court considering consolidation of the Consolidated Proceedings with the above-captioned adversary proceeding at a future date.

# # # #

**Submitted by**:
Daniel Gold, Esq.
Florida Bar No.: 0761281
dgold@ecclegal.com
**EHRENSTEIN CHARBONNEAU CALDERIN**
Attorneys for Contractor Claimants
501 Brickell Key Drive, Suite 300
Miami, Florida 33131
T:  305. 722.2002
F:  305. 722.2001

**Copies furnished to:**

Daniel Gold who shall serve a copy of this order on all interested parties and file a certificate of service.

3