UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
www.flsb.uscourts.gov

In re:

Chapter 7
*(Converted from Chapter 11)*

FONTAINEBLEAU LAS VEGAS
HOLDINGS, LLC, et al.,[1]

Case No. 09-21481-BKC-AJC
*(Jointly Administered)*

Debtors.

_____/

TURNBERRY WEST CONSTRUCTION,
INC.,                                                        Adv. Pro No. 09-01762

Plaintiff,

v.

AVENUE FUND, LTD., *et al.*,

Defendants,

_____/

**NOTICE OF FILING COPY OF JOINT MOTION TO (1) APPROVE
COMPREHENSIVE SETTLEMENT AGREEMENT REGARDING
DISTRIBUTION OF ICAHN SALE PROCEEDS AND RESOLUTION OF
RELATED DISPUTES AND PROCEEDINGS AND (2) APPROVE BAR ORDERS**

Soneet R. Kapila, in his capacity as Chapter 7 Trustee for the Debtors (the "Trustee"),

hereby gives notice of filing a copy of the attached Joint Motion to (1) Approve

Comprehensive Settlement Agreement Regarding Distribution of Icahn Sale Proceeds and

Resolution of Related Disputes and Proceedings and (2) Approve Bar Orders (Bankruptcy

Case ECF No. 4129) (the "Joint Motion") filed by the Trustee, Wilmington Trust, N.A., as

---

[1] The Debtors comprise (a) Fontainebleau Las Vegas Holdings, LLC (Case No. 09-21481-BKC-AJC); (b) Fontainebleau Las Vegas, LLC (Case No. 09-21482-BKC-AJC); (c) Fontainebleau Las Vegas Capital Corp. (Case No. 09-21483-AJC); (d) Fontainebleau Las Vegas Retail Parent, LLC (Case No. 09-36187-AJC); (e) Fontainebleau Las Vegas Retail Mezzanine, LLC (Case No. 09-36191-BKC-AJC); and (f) Fontainebleau Las Vegas Retail, LLC (Case No. 09-36197-BKC-AJC).

administrative agent and disbursement agent, the Term Lenders, those  Statutory Lienholders

signing the Joint Motion, the Title Companies, and the Turnberry Parties (all as defined in the

Joint Motion).

Dated:  Tampa, FL                                           STICHTER, RIEDEL, BLAIN & PROSSER, P.A.
           October 15, 2013

                                        By: /s/ *Russell M. Blain*
                                           Russell M. Blain (FL Bar No. 236314)
                                           110 East Madison Street, Suite 200
                                           Tampa, Florida  33602
                                           Telephone:  (813) 229-0144
                                           Facsimile:  (813) 229-1811
                                           Email: rblain@srbp.com
                                           *Counsel for Soneet R. Kapila,*
                                           *Chapter 7 Trustee*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the forgoing Notice of Filing Copy of Joint Motion to (1) Approve Comprehensive Settlement Agreement Regarding Distribution of Icahn Sale Proceeds and Resolution of Related Disputes and Proceedings and (2) Approve Bar Orders has been furnished by transmission of electronic notices of filing generated by CM/ECF to all registered users in the adversary proceeding, as set forth on the service list on October 15, 2013.

/s/ *Russell M. Blain*
Russell M. Blain (FL Bar No. 236314)

## SERVICE LIST

### Electronic Mail Notice List

The following is the list of **parties** who are currently on the list to receive email notice/service for this case.

- **Scott L. Baena**  sbaena@bilzin.com, eservice@bilzin.com;lflores@bilzin.com
- **Robert P. Charbonneau**  rpc@ecccounsel.com, nsocorro@ecclegal.com;ecala@ecclegal.com;bankruptcy@ecclegal.com;jbetancourt @ecclegal.com;parboleda@ecclegal.com
- **Daniel L. Gold**  dgold@ecccounsel.com, bankruptcy@ecclegal.com,nsocorro@ecclegal.com;ecala@ecclegal.com,jbetancourt@ ecclegal.com,parboleda@ecclegal.com
- **Kurtzman Carson Consultants LLC** ECFpleadings@kccllc.com
- **Isaac M Marcushamer**  imarcushamer@bergersingerman.com, fsellers@bergersingerman.com;efile@bergersingerman.com
- **Robert C Meacham**  rmeacham@mmdpa.com, lraymond@mmdpa.com;lbobrow@mmdpa.com;deanah@mmdpa.com
- **David H Reimer**  david@rrcounsel.com